ORIGINAL FILED
07 SEP 20 PM 4: 12
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: matt.jaksa@hro.com

Attorneys for Plaintiffs,
UMG RECORDINGS, INC.; BMG MUSIC;
ATLANTIC RECORDING CORPORATION; and
SONY BMG MUSIC ENTERTAINMENT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JF

C 07 4856 HRL

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; BMG MUSIC, a New York general partnership; ATLANTIC RECORDING CORPORATION, a Delaware corporation; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>JOHN DOE #5,<br>　　　　Defendant. | CASE NO.<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PARTIES** |

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2  associations of persons, firms, partnerships, corporations (including parent corporations) or other
3  entities (i) have a financial interest in the subject matter in controversy or in a party to the
4  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5  substantially affected by the outcome of this proceeding:

6  The following companies are parents of, or partners in Plaintiff UMG RECORDINGS, INC.:
7  Polygram Holding, Inc.; Universal Music Group, Inc.; Vivendi Holding I Corp.; Vivendi Holdings
8  Company; Vivendi Holding S.A.S.; SPC S.A.S.; and Vivendi S.A., of which only Vivendi S.A. is
9  publicly traded. Vivendi S.A. is publicly traded in France.

10  The following companies are parents of, or partners in Plaintiff BMG MUSIC: Ariola
11  Eurodisc LLC; USCO Holdings Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.;
12  Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.;
13  Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded. Sony
14  Corporation is publicly traded in the U.S.

15  The following companies are parents of, or partners in Plaintiff ATLANTIC RECORDING
16  CORPORATION: Warner Bros. Records Inc.; WMG Acquisition Corp.; WMG Holdings Corp.;
17  and Warner Music Group Corp., of which only Warner Music Group Corp. is publicly traded.
18  Warner Music Group Corp. is publicly traded in the U.S.

19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1

Certification of Interested Entities or Parties
Case No.
#32489 v1

1       The following companies are parents of, or partners in Plaintiff Sony BMG Music Entertainment: USCO Holdings Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.; Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.; Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded. Sony Corporation is publicly traded in the U.S.

Dated: September 20, 2007

HOLME ROBERTS & OWEN LLP

By: /s/ Matthew Franklin Jaksa

MATTHEW FRANKLIN JAKSA
Attorney for Plaintiffs
UMG RECORDINGS, INC.; BMG MUSIC; ATLANTIC RECORDING CORPORATION; and SONY BMG MUSIC ENTERTAINMENT