1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA 94105-2994
   Telephone: (415) 268-2000
4  Facsimile: (415) 268-1999
   Email:     matt.jaksa@hro.com
5

6  Attorneys for Plaintiffs,
   UMG RECORDINGS, INC.; BMG MUSIC;
7  ATLANTIC RECORDING CORPORATION; and
   SONY BMG MUSIC ENTERTAINMENT
8

9                UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
10

11

12 UMG RECORDINGS, INC., a Delaware         CASE NO.
   corporation; BMG MUSIC, a New York general
13 partnership; ATLANTIC RECORDING            [PROPOSED] ORDER GRANTING
14 CORPORATION, a Delaware corporation; and   PLAINTIFFS' *EX PARTE* APPLICATION
   SONY BMG MUSIC ENTERTAINMENT, a            FOR LEAVE TO TAKE IMMEDIATE
15 Delaware general partnership,              DISCOVERY

16                Plaintiffs,

17       v.

18 JOHN DOE #5,
19                Defendant.

1   Upon the Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, the
2   Declaration of Carlos Linares, and the accompanying Memorandum of Law, it is hereby:
3   ORDERED that Plaintiffs may serve immediate discovery on San Francisco State University
4   to obtain the identity of Defendant John Doe # 5 ("Defendant") by serving a Rule 45 subpoena that
5   seeks documents that identify Defendant, including the name, current (and permanent) address and
6   telephone number, e-mail address, and Media Access Control addresses for Defendant. The
7   disclosure of this information is consistent with San Francisco State University's obligations under
8   20 U.S.C. 1232g.
9   IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to
10  the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights
11  under the Copyright Act.
12
13  DATED: _____         By: _____
                                         United States District Judge
14
15
...
28