Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999
Email:         matt.jaksa@hro.com

Attorneys for Plaintiffs,
UMG RECORDINGS, INC.; BMG MUSIC;
ATLANTIC RECORDING CORPORATION; and
SONY BMG MUSIC ENTERTAINMENT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| UMG RECORDINGS, INC., a Delaware corporation; BMG MUSIC, a New York general partnership; ATLANTIC RECORDING CORPORATION, a Delaware corporation; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,<br><br>Plaintiffs,<br><br>v.<br><br>TIFFANY ELLAINA TURNER,<br><br>Defendant. | CASE NO. C 07-04856-JF<br><br>**Honorable Jeremy Fogel**<br><br>*EX PARTE* **APPLICATION TO VACATE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |
|---|---|

Ex Parte Application and [Proposed] Order
Case No. c 07-04856-JF
#37316 v1

1 | Plaintiffs respectfully request that the Court vacate the case management conference set for May 16, 2008 at 10:30 a.m. The parties have settled this matter. Filed with this *Ex Parte* Application is the parties' Stipulation to Judgment and Permanent Injunction.

DATED: May 8, 2008                HOLME ROBERTS & OWEN LLP

By:   */s/ Matthew Franklin Jaksa*
        MATTHEW FRANKLIN JAKSA
        HOLME ROBERTS & OWEN LLP

## **ORDER**

Good cause having been shown:

**IT IS ORDERED** that the case management conference scheduled for May 16, 2008 at 10:30 a.m. is vacated.

Dated: _____        By: _____
                                                        Honorable Jeremy Fogel
                                                        United States District Judge

**PROOF OF SERVICE**

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

On May 8, 2008, I served the foregoing documents described as:

*(1) EX PARTE* **APPLICATION TO VACATE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER; (2) [PROPOSED] JUDGMENT AND PERMANENT INJUNCTION BASED ON STIPULATION; and (3) STIPULATION TO JUDGMENT AND PERMANENT INJUNCTION**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**Tiffany Ellaina Turner**
**3084 Calavo Drive**
**Spring Valley, CA 91978**

☒     BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒     (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 8, 2008 at San Francisco, California.

*Della Grant*
———————————
Della Grant

Proof of Service
Case No. c 07-04856-JF
#37316 v1