1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA 94105-2994
   Telephone: (415) 268-2000
4  Facsimile: (415) 268-1999
   Email: matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   UMG RECORDINGS, INC.; BMG MUSIC;
7  ATLANTIC RECORDING CORPORATION; and
   SONY BMG MUSIC ENTERTAINMENT
8

9                UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
10                     SAN JOSE DIVISION
11

12 | UMG RECORDINGS, INC., a Delaware | CASE NO. C 07-04856-JF
13 | corporation; BMG MUSIC, a New York general partnership; ATLANTIC RECORDING | **Honorable Jeremy Fogel**
14 | CORPORATION, a Delaware corporation; and SONY BMG MUSIC ENTERTAINMENT, a | ***EX PARTE* APPLICATION TO VACATE**
15 | Delaware general partnership, | **CASE MANAGEMENT CONFERENCE AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER**
16 |            Plaintiffs, |
17 |        v. |
18 |
19 | TIFFANY ELLAINA TURNER, |
20 |            Defendant. |

1  Plaintiffs respectfully request that the Court vacate the case management conference set for
2  May 16, 2008 at 10:30 a.m. The parties have settled this matter. Filed with this *Ex Parte*
3  Application is the parties' Stipulation to Judgment and Permanent Injunction.

4  DATED: May 8, 2008               HOLME ROBERTS & OWEN LLP

5                                   By:  */s/ Matthew Franklin Jaksa*
6                                        MATTHEW FRANKLIN JAKSA
                                         HOLME ROBERTS & OWEN LLP
7

8

9                                   **ORDER**

10  Good cause having been shown:

11  **IT IS ORDERED** that the case management conference scheduled for May 16, 2008 at
12  10:30 a.m. is vacated.

13

14  Dated:  5/12/08              By:  _____
15                                    Honorable Jeremy Fogel
                                      United States District Judge

1

**PROOF OF SERVICE**

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

On May 8, 2008, I served the foregoing documents described as:

*(1) EX PARTE* APPLICATION TO VACATE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER; (2) [PROPOSED] JUDGMENT AND PERMANENT INJUNCTION BASED ON STIPULATION; and (3) STIPULATION TO JUDGMENT AND PERMANENT INJUNCTION

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**Tiffany Ellaina Turner**
**3084 Calavo Drive**
**Spring Valley, CA 91978**

☒   BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 8, 2008 at San Francisco, California.

_Della Grant_
Della Grant